395 A.2d 991

Middletown Township v. Albright and Friel,
Inc., Appellant, et al.

Argued September 11, 1978. Ralph B. Powell, Jr., for appellant; Robert B. Surrick, for appellee, Middletown Township; H. Bradley with him John M. Kenney, for appellee, Joseph Paolino & Sons, Inc.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment affirmed.